UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Claudette M Thomas

Write the full name of each plaintiff.

-against-

Cusal D. Thomas

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

**25** CV **7755**

_____CV_____
(Include case number if one has been
assigned)

**COMPLAINT**

Do you want a jury trial?
☑ Yes    ☐ No

2025 SEP 17 PM 4:42
RECEIVED
SDNY PRO SE OFFICE

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☑   **Diversity of Citizenship**

## A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

## B.  If you checked Diversity of Citizenship

### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____*CLAUDETTE M THOMAS*_____, is a citizen of the State of
(Plaintiff's name)

_____*NEW JERSEY*_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____*N/A*_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _CUSA) D THOMAS_ ~~MASSACHUSETTS~~ , is a citizen of the State of
(Defendant's name)

_MA._

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_N/A_ .

If the defendant is a corporation:

The defendant, _CUSA) THOMAS._ , is incorporated under the laws of

the State of _MA._

and has its principal place of business in the State of _MA_

or is incorporated under the laws of (foreign state) _MA_

and has its principal place of business in _MA._

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Claudette_          _M._          _Thomas_
First Name          Middle Initial          Last Name

_469 Lake St_
Street Address

_ESSEX, NEWARK_          _NJ_          _07104_
County, City          State          Zip Code

_973 336 5017_          _thomasmclaudette@gmail.com_
Telephone Number          Email Address (if available)

Page 3

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    CUSAI  D.    THOMAS.
First Name                Last Name

ATTORNEY

Current Job Title (or other identifying information)

2  Westbrook  St  Unit 2

Current Work Address (or other address where defendant may be served)

EAST  Boston          MA          02128-1550
County, City                State          Zip Code

Defendant 2:    CUSA)  D.    THOMAS
First Name                Last Name

Attorney

Current Job Title (or other identifying information)

792  Saratogo  St  #1

Current Work Address (or other address where defendant may be served)

EAST  Boston          MA          02128-1550
County, City                State          Zip Code

Defendant 3:    EVANS  C.
~~ANYANWU~~          ANYANWU
First Name                Last Name

Plaintiff  Attorney

Current Job Title (or other identifying information)

17  ACADEMY  St

Current Work Address (or other address where defendant may be served)

ESSex  NEWark          NJ          07102.
County, City                State          Zip Code

Defendant 4:

First Name          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City          State      Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _469 Lake St Newark NJ 07104_

Date(s) of occurrence: _09/17/2025_

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

The House I resides in for 3 years is being Sold, and I am denied rightful Priviledges

1. Stop the sale of Property
2. Stop illegal effort to eject plaintiff unlawfully
3. Expose fraudulencies in this case,
4. Stop Ejection schedule for 10 am 09/18/2025.
5. Convert Stock Cheque unto US Cashier's Cheque - Check to Pay off mortgage or Purchase the said Property mentioned.
6. Other matters before the Court, Payments to other entities.

Page 5

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Refund of $58,000.00.
Priviledge To Pay of the house I resides in
for 3 years
Expose the fraud of this case.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

09/17/2025
Dated

Plaintiff's Signature

First Name _Claudette_    Middle Initial _M_    Last Name _Thomas_

Street Address _469 Lake St._

County, City _Bishop  Newark_    State _NJ_    Zip Code _07104_

Telephone Number _973 336 5017_

Email Address (if available) _thomas m claudette @gmail.com_
_thomasmclaudette @ gmail.com_

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes    ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7